8-10-2015

COA. Case no:
03-14-00571-CR

Dear clerk of The court of criminal Appeals
Yes i wish to Inform The
Court of criminal Appeals, My
Current address, Raymon Medina #1942797
Formby State Jail
998, county Rd
Plainview, TX
79072

I am no longer At The
Wheeler unit, I have Been
moved next door, Also
If possible? What is My
Current Status on My
Apeal? May God bless
You, Sinsterly Raymon
Medina

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk